UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-03386-MWF-KS                    Date: May 12, 2026

Title     *Nelson H. Romero v. San Bernardino City et al.*


Present: The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge


|  Kerri Hays  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:


**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 15, 2025, Plaintiff, a resident of San Bernardino, California, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint alleging constitutional violations against the City of San Bernardino, West valley Correctional Center, and an individual San Bernardino Police Officer.  (Dkt. No. 1.)

On March 24, 2026, the Court dismissed the Complaint with leave to amend and set a deadline of 30 days for Plaintiff to file a First Amended Complaint ("FAC").  (Dkt. No. 6.)  The Court also warned Plaintiff in bold letters that the "failure to timely file a [FAC] and correct the deficiencies described above may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (*Id.* at 4.)

To date, Plaintiff has not filed an FAC or had any other contact with the Court.

Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's March 24, 2026 Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which provides that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interest of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 2, 2026**, why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff's response to this Order to Show Cause must include either:

(1) a request for an extension of time to file his FAC accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's failure to timely file the FAC and his need for additional time; *or*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-03386-MWF-KS                           Date: May 12, 2026

Title       *Nelson H. Romero v. San Bernardino City et al.*

(2) a complete, **signed** FAC that fully complies with the Local Rules, Federal Rules of Civil Procedure, and this Court's orders, most notably the Court's March 24, 2026 Minute Order dismissing the Complaint with leave to amend.

Alternatively, if Plaintiff concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that the failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

| | : |
| --- | --- |
| **Initials of Preparer** | klh |

---

CV-90 (03/15)                    Civil Minutes – General                    Page **2** of **2**